# Attachment A
# List of Tracy Anderson Mind and Body, LLC's Copyright Registrations

| Registration No. | Effective Date | First Publication | Copyright Claimant | Title of Work | Type of Work |
|---|---|---|---|---|---|
| PA 1-929-090 | 10/31/2014 | 04/01/2008 | Tracy Anderson Mind and Body, LLC | The Tracy Anderson Method Presents Dance Cardio Workout DVD | Motion Picture (DVD) |
| PA 1-929-015 | 10/31/2014 | 04/01/2008 | Tracy Anderson Mind and Body, LLC | The Tracy Anderson Method Presents Mat Workout DVD | Motion Picture (DVD) |
| PA 1-929-092 | 10/31/2014 | 04/01/2008 | Tracy Anderson Mind and Body, LLC | The Tracy Anderson Method Presents Post-Pregnancy Workout DVD | Motion Picture (DVD) |
| PA 1-929-096 | 10/31/2014 | 04/01/2010 | Tracy Anderson Mind and Body, LLC | Tracy Anderson Dance Cardio II | Motion Picture (DVD) |
| PA0001930682 | 10/31/2014 | 10/01/2010 | Tracy Anderson Mind and Body, LLC | Tracy Anderson: The Perfect Design Series | Motion Picture (DVD) |
| PA 1-929-100 | 10/31/2014 | 01/03/2011 | Tracy Anderson Mind and Body, LLC | Metamorphosis by Tracy – Hipcentric | Motion Picture (DVD) |
| PA0001930680 | 10/31/2014 | 01/03/2011 | Tracy Anderson Mind and Body, LLC | Metamorphosis by Tracy – Abcentric | Motion Picture (DVD) |
| PA0001930683 | 10/31/2014 | 01/03/2011 | Tracy Anderson Mind and Body, LLC | Metamorphosis by Tracy – Omnicentric | Motion Picture (DVD) |
| PA0001938799 | 10/31/2014 | 01/03/2011 | Tracy Anderson Mind and Body, LLC | Metamorphosis by Tracy – Glutecentric | Motion Picture (DVD) |
| PA 1-929-094 | 10/31/2014 | 02/01/2012 | Tracy Anderson Mind and Body, LLC | Tracy Anderson's Total Body Mini-Trampoline Workout | Motion Picture (DVD) |
| PA0001938802 | 10/31/2014 | 02/01/2013 | Tracy Anderson Mind and Body, LLC | Tracy Anderson: The Pregnancy Project | Motion Picture (DVD) |

# Attachment A
# List of Copyright Registrations

| Registration No. | Effective Date | First Publication | Copyright Claimant | Title of Work | Type of Work |
|---|---|---|---|---|---|
| PA0001930681 | 10/31/2014 | 04/01/2013 | Tracy Anderson Mind and Body, LLC | Tracy Anderson Teen Meta | Motion Picture (DVD) |
| PA 1-929-098 | 10/31/2014 | 05/01/2013 | Tracy Anderson Mind and Body, LLC | Tracy Anderson Post-Pregnancy 2 Workout Series | Motion Picture (DVD) |
| PA 1-929-013 | 10/31/2014 | 08/06/2013 | Tracy Anderson Mind and Body, LLC | Tracy Anderson The Method for Beginners | Motion Picture (DVD) |
| PA 1-929-097 | 10/31/2014 | 09/03/2013 | Tracy Anderson Mind and Body, LLC | Tracy Anderson Precision Toning | Motion Picture (DVD) |
| PA 1-929-093 | 10/31/2014 | 12/01/2013 | Tracy Anderson Mind and Body, LLC | Tracy Anderson Dance + Cardio | Motion Picture (DVD) |
| PA 1-929-095 | 10/31/2014 | 05/01/2014 | Tracy Anderson Mind and Body, LLC | Tracy Anderson Unleash Your Inner Popstar | Motion Picture (DVD) |
| PA 1-929-011 | 10/31/2014 | 10/01/2014 | Tracy Anderson Mind and Body, LLC | Tracy Anderson Cardio Dance Workout | Motion Picture (DVD) |
| PA 1-929-012 | 10/31/2014 | 10/01/2014 | Tracy Anderson Mind and Body, LLC | Tracy Anderson Mat Workout for Beginners | Motion Picture (DVD) |