1    MANATT, PHELPS & PHILLIPS, LLP
     CHRISTOPHER CHATHAM (CA Bar #240972)
2      CChatham@manatt.com
     NATHANIEL L. BACH (CA Bar #246518)
3      NBach@manatt.com
     SARAH E. MOSES (CA Bar #291491)
4      SMoses@manatt.com
     2049 Century Park East
5    Suite 1700
     Los Angeles, California  90067
6    Telephone:   (310) 312-4000
     Facsimile:    (310) 312-4224
7
     Attorneys for Defendants
8    MEGAN ROUP and THE SCULPT SOCIETY, LLC

9
                      UNITED STATES DISTRICT COURT
10
                    CENTRAL DISTRICT OF CALIFORNIA
11

12
     TRACY ANDERSON MIND AND          Case No. 2:22-cv-04735-RSWL-E
13   BODY, LLC, a Delaware limited
     liability company; and T.A. STUDIO   Hon. Ronald S.W. Lew
14   NEW YORK LLC, a California limited
     liability company,                **DEFENDANTS MEGAN ROUP
15                                      AND THE SCULPT SOCIETY,
                Plaintiffs,             LLC'S NOTICE OF MOTION AND
16                                      MOTION TO DISMISS
          v.                            PLAINTIFFS' FIRST AMENDED
17                                      COMPLAINT AND SPECIAL
     MEGAN ROUP, an individual; and     MOTION TO STRIKE (ANTI-
18   THE SCULPT SOCIETY, LLC, a         SLAPP)**
     California limited liability company,
19                                      [*Filed Concurrently with Memorandum
                Defendants.             of Points and Authorities in Support of
20                                      Motion to Dismiss Plaintiffs' First
                                        Amended Complaint and Special Motion
21                                      to Strike (Anti-SLAPP); Declaration of
                                        Nathaniel L. Bach; and [Proposed]
22                                      Order*]

23                                      Hearing Date:      Nov. 1, 2022
                                        Hearing Time:      10:00 a.m.
24                                      Location:          TBD

25                                      Complaint Filed:   July 11, 2022
                                        FAC Filed:         Sept. 13, 2022
26                                      Trial Date:        Not yet set

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

                                                    Case No. 2:22-cv-04735-RSWL-E
     DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND STRIKE PLAINTIFFS' FAC

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Tuesday, November 1, 2022, at 10 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Ronald S.W. Lew, located at 350 W. 1st Street, Suite 4311, Los Angeles, California 90012, Defendants Megan Roup ("Roup") and The Sculpt Society, LLC ("The Sculpt Society" or "TSS") (together, "Defendants") will and hereby do respectfully move this Court for an order dismissing Plaintiffs Tracy Anderson Mind and Body, LLC ("TAMB") and T.A. Studio New York LLC's ("TANY") (together, "Plaintiffs" or "Anderson") First Amended Complaint (Dkt. 12, "FAC") in its entirety and with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), and striking Plaintiffs' claim for violation of California's Unfair Competition Law ("UCL"), California Business & Professions Code §§ 17200, *et seq.* (Claim 4) pursuant to California's anti-SLAPP statute, California Code of Civil Procedure § 425.16.

Defendants bring this Motion on the grounds that Plaintiffs fail to sufficiently plead their claims for violation of the Copyright Act, 17 U.S.C. §§ 106 and 501 (Claim 1); violation of the Lanham Act, 15 U.S.C. § 1125(a) (Claim 2); breach of contract (Claim 3); and violation of Business & Professions Code §§ 17200, *et seq.* (Claim 4).  Because Plaintiffs' claims are foreclosed as a matter of law and are incurable, the FAC should be dismissed with prejudice.

Defendants also bring this Motion under California Code of Civil Procedure § 425.16(b)(1) (the anti-SLAPP statute) to strike the portion of Plaintiffs' UCL claim that is based on Roup's autobiographical statements on the grounds that (1) it arises from acts in furtherance of Defendants' right of free speech in connection with a public issue; and (2) Plaintiffs cannot demonstrate a probability of prevailing on their UCL claim as a matter of law (*i.e.*, under Rule 12(b)(6) review).

In addition to exchanging pre-motion correspondence regarding Plaintiffs' claims, on September 9, 2022, the parties met and conferred pursuant to Local Rule 7-3, at which time defense counsel set forth the specific grounds on which Defendants

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2                                    Case No. 2:22-cv-04735-RSWL-E
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND STRIKE PLAINTIFFS' FAC

1    intended to move to dismiss and/or strike Plaintiffs' claims.  Plaintiffs refused to

2    withdraw their claims, thus necessitating this Motion.

3         Defendants' Motion is based on this Notice of Motion and Motion, the

4    concurrently filed Memorandum of Points and Authorities, the concurrently filed

5    Declaration of Nathaniel L. Bach and all exhibits attached thereto, all papers on file

6    herein, and any argument, evidence, or judicially noticeable or other material that

7    may be presented to or considered by the Court prior to ruling.

8

9    Dated: September 27, 2022              Respectfully submitted,

10                                          MANATT, PHELPS & PHILLIPS, LLP

11

12                                          By: /s/ *Nathaniel L. Bach*

13                                               Nathaniel L. Bach

14                                          *Attorneys for Defendants*
                                            MEGAN ROUP and THE SCULPT
15                                          SOCIETY LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3                           Case No. 2:22-cv-04735-RSWL-E
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND STRIKE PLAINTIFFS' FAC