1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company; and T.A. STUDIO NEW YORK LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MEGAN ROUP, an individual; and THE SCULPT SOCIETY, LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:22-cv-04735-RSWL-E<br><br>Hon. Ronald S.W. Lew<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS MEGAN ROUP AND THE SCULPT SOCIETY, LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND SPECIAL MOTION TO STRIKE (ANTI-SLAPP)**<br><br>*[Filed Concurrently with Notice of Motion and Motion to Dismiss Plaintiffs' First Amended Complaint and Special Motion to Strike (Anti-SLAPP); Memorandum of Points and Authorities in Support Thereof; and Declaration of Nathaniel L. Bach]*<br><br>Hearing Date:  Nov. 1, 2022<br>Hearing Time:  10:00 a.m.<br>Location:  TBD<br><br>Complaint Filed:  July 11, 2022<br>FAC Filed:  Sept. 13, 2022<br>Trial Date:  Not yet set |

Case No. 2:22-cv-04735-RSWL-E

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND STRIKE PLAINTIFFS' FAC

1  On November 1, 2022, this Court heard Defendants Megan Roup and The Sculpt Society, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint and Special Motion to Strike (Anti-SLAPP) ("Motion").  After considering the Parties' briefing and argument regarding the Motion, all materials incorporated by reference, all judicially noticeable material submitted in support thereof and in opposition thereto, and all other papers and pleadings filed in this matter, the Court orders as follows:

The Court GRANTS Defendants' Motion to Dismiss the First Amended Complaint ("FAC") and all causes of action therein with prejudice for failure to state a claim upon which relief can be granted.

The Court GRANTS with prejudice Defendants' Anti-SLAPP Motion to Strike the portions of Plaintiffs' FAC and unfair competition claim under California's Business & Professions Code §§ 17200, *et seq*. ("UCL Claim") that are based on Defendant Roup's autobiographical statements on The Sculpt Society website because such statements are made in "a public forum in connection with an issue of public interest," Cal. Code Civ. Proc. § 425.16(e)(3), and the statements also constitute "any other conduct in furtherance of the exercise of . . . the constitutional right of free speech in connection with a public issue or an issue of public interest," *id.* § 425.16(e)(4), and Plaintiffs have failed to carry their burden to establish a probability of success on the merits of their UCL Claim.

//
//
//
//
//
//
//

As the prevailing party on an anti-SLAPP motion, Defendants are entitled to attorneys' fees and costs pursuant to California Code of Civil Procedure section 425.16(c). Accordingly, Defendants may file a motion for attorneys' fees and costs under the anti-SLAPP statute, as well as on any other applicable basis, including the Copyright Act and Lanham Act.

IT IS SO ORDERED.

Dated: _____, 2022            _____

                                          Hon. Ronald S.W. Lew
                                          United States District Judge