MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER CHATHAM (CA Bar #240972)
  CChatham@manatt.com
NATHANIEL L. BACH (CA Bar #246518)
  NBach@manatt.com
SARAH E. MOSES (CA Bar #291491)
  SMoses@manatt.com
2049 Century Park East
Suite 1700
Los Angeles, California 90067
Telephone:  (310) 312-4000
Facsimile:   (310) 312-4224

Attorneys for Defendants
MEGAN ROUP and THE SCULPT SOCIETY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company; and T.A. STUDIO NEW YORK LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MEGAN ROUP, an individual; and THE SCULPT SOCIETY, LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:22-cv-04735-RSWL-E<br><br>Hon. Ronald S.W. Lew<br><br>**DEFENDANTS MEGAN ROUP AND THE SCULPT SOCIETY, LLC'S CERTIFICATION OF INTERESTED PARTIES**<br><br>Complaint Filed: July 11, 2022<br>FAC Filed: September 13, 2022<br>Trial Date: Not yet set |

Case No. 2:22-cv-04735-RSWL-E
DEFENDANTS MEGAN ROUP AND THE SCULPT SOCIETY, LLC'S CERTIFICATION OF INTERESTED PARTIES

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 7.1-1, the undersigned, counsel of record for defendants Megan Roup and The Sculpt Society, LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff Tracy Anderson Mind and Body, LLC
2. Plaintiff T.A. Studio New York LLC
3. Tracy Anderson
4. Defendant Megan Roup
5. Defendant The Sculpt Society, LLC
6. Beazley Group

Defendant The Sculpt Society, LLC, by and through its attorneys, states that it has no parent corporation and there is no publicly held corporation owning 10 percent or more of its stock.

Dated: September 27, 2022

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ *Nathaniel L. Bach*
    Nathaniel L. Bach

*Attorneys for Defendants*
MEGAN ROUP and THE SCULPT SOCIETY, LLC