1 | **DLA PIPER LLP (US)**
GINA DURHAM (SBN 295910)
2 | *gina.durham@us.dlapiper.com*
555 Mission Street
3 | Suite 2400
San Francisco, California 94105-2933
4 | Tel: 415.836.2500
Fax: 415.836.2501
5 |
6 | JASON TAYLOR LUEDDEKE (SBN 279242)
*jason.lueddeke@us.dlapiper.com*
KRISTINA FERNANDEZ MABRIE (SBN 318315)
7 | *kristina.fernandezmabrie@us.dlapiper.com*
2000 Avenue of the Stars
8 | Suite 400 North Tower
Los Angeles, California 90067-4735
9 | Tel: 310.595.3066
Fax: 310.595.3326
10 |
Attorneys for Plaintiffs
11 | TRACY ANDERSON MIND AND BODY, LLC
and T.A. STUDIO NEW YORK LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company; and T.A. STUDIO NEW YORK LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MEGAN ROUP, an individual; and THE SCULPT SOCIETY, LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:22-cv-04735-PSG-E<br><br>Hon. Philip S. Gutierrez<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR 30-DAY EXTENSION OF DISCOVERY CUTOFF (DKT. 57)**<br><br>Hearing Date: February 23, 2024<br>Hearing Time: 1:30 p.m.<br>Courtroom: 6A<br><br>Complaint Filed: July 11, 2022<br>Trial Date: November 14, 2024 |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that, pursuant to L.R. 7-16, Plaintiffs Tracy Anderson Mind and Body, LLC and T.A. Studio New York LLC hereby withdraw their Motion for 30-Day Extension of Discovery Cutoff (Dkt. 57), which was filed on January 26, 2024 and is currently scheduled to be heard on February 23, 2024.

Dated:  February 2, 2024                    DLA PIPER LLP (US)

                                            By:  */s/ Gina Durham*
                                                 GINA DURHAM
                                                 JASON T. LUEDDEKE
                                                 KRISTINA FERNANDEZ MABRIE

                                                 Attorneys for Plaintiffs
                                                 TRACY ANDERSON MIND AND
                                                 BODY, LLC and T.A. STUDIO
                                                 NEW YORK LLC

1
NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR
30-DAY EXTENSION OF DISCOVERY CUTOFF (DKT. 57)
CASE NO. 2:22-CV-04735-PSG-E

**CERTIFICATE OF SERVICE**

I certify that on February 2, 2024, a copy of the foregoing NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR 30-DAY EXTENSION OF DISCOVERY CUTOFF (DKT. 57) was served electronically through the court's electronic filing system upon all parties appearing on the court's ECF service list.

DATED: February 2, 2024

**DLA PIPER LLP (US)**

By: */s/ Gina Durham*
GINA DURHAM
JASON T. LUEDDEKE
KRISTINA FERNANDEZ MABRIE

Attorneys for Plaintiffs
TRACY ANDERSON MIND AND BODY, LLC and T.A. STUDIO NEW YORK LLC