MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER CHATHAM (CA Bar #240972)
  CChatham@manatt.com
NATHANIEL L. BACH (CA Bar #246518)
  NBach@manatt.com
SARAH E. MOSES (CA Bar #291491)
  SMoses@manatt.com
2049 Century Park East
ANDREA D. GONZALEZ (CA Bar #336134)
  ADGonzalez@manatt.com
Suite 1700
Los Angeles, California  90067
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

Attorneys for Defendants
MEGAN ROUP and THE SCULPT SOCIETY, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company; and T.A. STUDIO NEW YORK LLC, a California limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MEGAN ROUP, an individual; and THE SCULPT SOCIETY, LLC, a California limited liability company,<br><br>　　　　　Defendants. | Case No. 2:22-cv-04735-PSG-E<br><br>Hon. Philip S. Gutierrez<br><br>**DEFENDANTS MEGAN ROUP AND THE SCULPT SOCIETY, LLC'S NOTICE OF MOTION AND MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT**<br><br>[*Filed Concurrently with Memorandum of Points and Authorities; Statement of Uncontroverted Facts; Compendium of Evidence; Request for Judicial Notice; Notice of Lodging; and [Proposed] Judgment or Order*]<br><br>Hearing Date:　June 7, 2024<br>Hearing Time:　1:30 p.m.<br>Courtroom:　　6A<br><br>Complaint Filed:　July 11, 2022<br>FAC Filed:　　　Sept. 13, 2022<br>Trial Date:　　　Nov. 14, 2024 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 7, 2024, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the United States District Court for the Central District of California, 350 W. 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California, 90012, before the Honorable Philip S. Gutierrez, Defendants Megan Roup ("Roup") and The Sculpt Society, LLC ("TSS") (together "Defendants") will and hereby do respectfully move this Court under Rule 56 of the Federal Rules of Civil Procedure for an order granting summary judgment on the first and third causes of action in the First Amended Complaint (Dkt. 12), and the Fifth Affirmative Defense of the Amended Answer (Dkt. 25), thereby disposing of the remainder of the claims brought by Plaintiffs Tracy Anderson Mind and Body, LLC ("TAMB") and T.A. Studio New York LLC ("TANY") (together "Plaintiffs").  The Court has already dismissed with prejudice the second and fourth causes of action in the FAC.  Dkt. 31.

The grounds for Defendants' motion are that there are no material issues of fact and that Defendants are entitled to judgment as a matter of law.  More specifically:

**First Cause of Action (Copyright Infringement)**

Defendants are entitled to summary judgment on TAMB's first cause of action for Copyright Infringement, 17 U.S.C. §§ 106, 501, for the following separate and independent reasons:

- The DVD works that are the subject of this cause of action reflect uncopyrightable subject matter under 17 U.S.C. § 102(b)—*i.e.*, the exercises and fitness movements—as set forth in *Bikram's Yoga College of India, L.P. v. Evolation Yoga, LLC*, 803 F.3d 1032 (2015).
- TAMB is not the copyright owner of the works on which its claim is based because no writing exists validly transferring it such ownership rights.

**Third Cause of Action (Breach of Contract)**

Defendants are entitled to summary judgment on TANY's third cause of action

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

Case No. 2:22-cv-04735-PSG-E
DEFENDANTS' NOTICE OF MOTION AND MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT

for breach of contract for the following separate and independent reasons:

- Roup did not use or disclose any "Confidential Information" in breach of the Trainer Agreement.
- TANY's effort to enforce the Trainer Agreement violates California Business & Professions Code 16600 *et seq.*

**Fifth Affirmative Defense**

Roup is entitled to summary judgment on her Fifth Affirmative Defense for the following reason:

- TANY's effort to enforce the Trainer Agreement violates California Business & Professions Code 16600 *et seq.* *See* Dkt. 25 (Affirmative Defense 5).

This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the Statement of Uncontroverted Facts, the Compendium of Evidence and all exhibits attached thereto, the Request for Judicial Notice, the Notice of Lodging of Video Exhibits, the pleadings and papers on file in this action, and any additional argument and evidence presented before or at the hearing.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on April 3, 2024.

Dated: April 19, 2024                    Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP


By: */s/ Nathaniel L. Bach*
    Nathaniel L. Bach

    *Attorneys for Defendants*
    MEGAN ROUP and THE SCULPT
    SOCIETY LLC

Manatt, Phelps &
Phillips, LLP
Attorneys at Law
Los Angeles

3

Case No. 2:22-cv-04735-PSG-E

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT