MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER CHATHAM (CA Bar #240972)
  CChatham@manatt.com
NATHANIEL L. BACH (CA Bar #246518)
  NBach@manatt.com
SARAH E. MOSES (CA Bar #291491)
  SMoses@manatt.com
ANDREA D. GONZALEZ (CA Bar #336134)
  ADGonzalez@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California  90067
Telephone:   (310) 312-4000
Facsimile:   (310) 312-4224

Attorneys for Defendants
MEGAN ROUP and THE SCULPT SOCIETY, LLC

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company; and T.A. STUDIO NEW YORK LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MEGAN ROUP, an individual; and THE SCULPT SOCIETY, LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:22-cv-04735-PSG-E<br><br>Hon. Philip S. Gutierrez<br><br>**DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:  June 7, 2024<br>Hearing Time:  1:30 p.m.<br>Courtroom:      6A<br><br>[*Filed Concurrently with Notice of Motion and Motion; Statement of Uncontroverted Facts; Compendium of Evidence; Request for Judicial Notice; Notice of Lodging; Sealing Application; [Proposed] Judgment or Order*] |

Pursuant to the Central District of California's Local Rule 56-1, Defendants Megan Roup ("Roup") and The Sculpt Society, LLC ("TSS") (collectively, "Defendants") submit this Statement of Uncontroverted Facts in support of their Motion for Full or Partial Summary Judgment on the First Amended Complaint ("FAC") of Plaintiffs Tracy Anderson Mind and Body, LLC ("TAMB") and T.A. Studio New York LLC ("TANY") (collectively, "Plaintiffs").

## UNCONTROVERTED MATERIAL FACTS ("UF")

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| **I. TA Works & Alleged Copying** | |
| 1. Tracy Anderson ("Anderson") created the "TA Method," which she describes as a "revolutionary choreography protocol made up of custom and specific movements, sequences, and routines that uniquely combines choreography, fitness, and cardiovascular movement to help people create balance in their bodies so they can create balance in their lives." | Bach Decl., Exh. 1 (FAC), ¶ 1. |
| 2. TAMB alleges it is the owner of various registered copyrights in the "TA Works," which are nineteen "DVDs created by and featuring Anderson, that express, relate to, or are based on the TA Method." | Bach Decl., Exh. 1 (FAC), ¶ 2 and Attachment A. |
| 3. TAMB admits its copyright claim is not based on the alleged copying of the actual video footage contained on Anderson's DVDs. | Bach Decl., Exh. 3 (Kelling Depo.) at 97:12-24 and 108:11-109:16. *See also id.* at Exh. 1 (FAC), ¶ 51. |
| 4. TAMB's copyright claim is based on the alleged copying of the sequence of movements in TAMB's DVDs and the | Bach Decl., Exh. 3 (Kelling Depo.) at 97:12-24 and 108:11-109:16. *See also id.* at Exh. 1 (FAC), ¶ 51; *id.* at |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| ideas that those movements represent. | Exh. 3 (Kelling Depo.) at 209:6-22. |
| **II. The "TA Method"** ||
| 5. Anderson claims that she developed the TA Method "with more than two decades of scientific research and content development." | Bach Decl., Exh. 4 (Anderson's biography webpage); *id.* at Exh. 2 (Anderson Depo.) at 177:4-15. |
| 6. The FAC alleges that Anderson created the TA Method "[a]fter years of research, testing, and refinement." | Bach Decl., Exh. 1 (FAC), ¶ 19. |
| 7. Anderson calls her fitness protocol a "method." | Bach Decl., Exh. 4 (Anderson's biography webpage); *id.* at Exh. 2 (Anderson Depo.) at 177:4-15 and 178:13-15. |
| 8. The FAC describes the TA Method as including "specifically tailored choreography" and being "aesthetically engaging and appealing." | Bach Decl., Exh. 1 (FAC), ¶ 19. |
| 9. TAMB states that it is a company operating in the wellness industry, including physical fitness and mental health. | Bach Decl., Exh. 3 (Kelling Depo.) at 32:14-33:1. |
| 10. Anderson concedes the health-centered purposes of the TA Method on her website, stating:<br><br>• "Fitness pioneer Tracy Anderson's revolutionary method can give anyone—regardless of their genetic shape— strong, lean muscles and create balance where there is imbalance in their body."<br><br>• "Tracy has helped countless celebrities transform their | Bach Decl., Exh. 4 (Anderson biography webpage); *id.* at Exh. 2 (Anderson Depo.) at 177:4-15 and 178:13-15. |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| bodies." <br> • "[S]he created custom workouts and diets … she had figured out how to harness and deliver the elusive dancer's body." | |
| 11. Tracy Anderson's Instagram account biography states that the TA Method is a "researched and results-proven fitness methodology." | Bach Decl., Exh. 11 (Instagram biography for Tracy Anderson); *id.* at Exh. 3 (Kelling Depo.) at 113:9-14. |
| 12. TAMB admits that the TA Method can be described as "a revolutionary fitness program designed for strategic muscle design." | Bach Decl., Exh. 2 (Anderson biography webpage); *id.* at Exh. 3 (Kelling Depo.) at 113:15-20. |
| 13. The description for the Metamorphosis Series DVDs states: <br><br> "There are four different incarnations of Metamorphosis by Tracy, all dedicated to a different body type (Glutecentric, Hipcentric, Abcentric, Omnicentric). Each version of this 90-day program includes four discs of muscular structure work (nine workouts in total, to transition through every 10 days) that's designed to target problem areas and address the imbalances of each specific body shape. In addition, there's a cardio component, a dynamic eating plan, and a measuring tape and chart to record your progress. Tracy asks that you to spend an hour a day, six days per week, exercising. Each workout includes 30 minutes of muscular structure work, and 30 | Bach Decl., Exh. 5 (Metamorphosis website page); *id.* at Exh. 2 (Anderson Depo.) at 137:23-138:6 and 139:11-20. |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| minutes of cardio." | |
| 14.    The measuring tape included with the Metamorphosis Series DVDs is "[f]or the purposes of tracking physical progress over the course of the Glutecentric program." | Bach Decl., Exh. 2 (Anderson Depo.) at 140:21-141:11. *See id.* at Exh. 5 (Metamorphosis–website page). |
| 15.    Glutecentric DVD is described as follows: "If you have a shapeless behind and it is your main area of concern, then the Glutecentric workouts would help you create the butt you want. Whether it is too flat or needs a lift, this program is geared to tone down any back fat, get rid of cellulite to gain a distinction between your lifted butt and thighs." | Bach Decl., Exh. 5 (Metamorphosis–website page); *id.* at Exh. 2 (Anderson Depo.) at 152:25-153:19. |
| 16.    Abcentric DVD is described as follows: "Abcentric workouts are targeted to achieve a flat stomach with workouts concentrating on the lower stomach and back area." | Bach Decl., Exh. 5 (Metamorphosis–website page); *id.* at Exh. 6 (Understanding Your Body Type Webpage); *id.* at Exh. 2 (Anderson Depo.) at 148:23-25. |
| 17.    Hipcentric DVD is described as follows: "[T]he workouts chosen for this program are aimed to pull in the hips, lifting your butt and getting rid of cellulite." | Bach Decl., Exh. 5 (Metamorphosis–website page); *id.* at Exh. 6 (Understanding Your Body Type Webpage). |
| 18.    Omnicentric DVD is described as follows: "[T]he workouts Tracy designed for the Omnicentric body are perfect – a full body-skin-tuck. Anything that is droopy or loose about your body will be awakened, firmed and lifted." | Bach Decl., Exh. 5 (Metamorphosis–website page); *id.* at Exh. 6 (Understanding Your Body Type Webpage); *id.* at Exh. 2 (Anderson Depo.) at 153:23-154:14. |
| 19.    Mat Workout DVD is described as follows: "Throughout the hour, you will activate and engage all of your accessory | Bach Decl., Exh. 7 (Mat Workout webpage); *id.* at Exh. 2 (Anderson |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| muscles, pull in your larger muscles, and transform your body." | Depo.) at 156:18-157:8. |
| 20. Perfect Design Series Set (I-III) DVDs are described as follows: "This three-disc/video set—which includes three 55 minute workouts at the beginner, intermediate, and advanced levels—is designed to create balance and strength in the body. Each workout includes a warmup, along with targeted sequences for the arms, legs, abs, thighs, and butt." | Bach Decl., Exh. 8 (Perfect Design Series webpage); *id.* at Exh. 2 (Anderson Depo.) at 160:13-161:14 and 164:8-23. |
| 21. Precision Toning DVD is described as follows: "This DVD program focuses on empowering the smaller accessory muscles as they strengthen and support the larger ones throughout the body while you learn the basics of the Tracy Anderson Method. Designed to tone, strengthen and engage every muscle, this is a workout for all skill levels." | Bach Decl., Exh. 9 (Precision Toning webpage); *id.* at Exh. 2 (Anderson Depo.) at 170:17-171:4. |
| 22. Unleash Your Inner Pop Star DVD is described as "This 50-minute dance cardio DVD . . . will further strengthen your mind and body connection and torch calories." | Bach Decl., Exh. 10 (Unleash Your Inner Pop Star webpage); *id.* at Exh. 2 (Anderson Depo.) at 166:9-167:23. |
| 23. The DVD cover for Unleash Your Inner Pop Star markets the contents, stating: "New Patterns To Target Weight Loss / Connect to Your Body / Learn to Dance While You Workout!" | Bach Decl., Exh. 10 (Unleash Your Inner Pop Star webpage). |
| 24. Anderson admits that all of her DVDs are an embodiment of the TA Method. | Bach Decl., Exh. 2 (Anderson Depo) at 208:20-22. |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| 25. The FAC describes the TA Method and DVDs as follows:<br><br>• "combines choreography, fitness, and cardiovascular movement to help people create balance in their bodies so they can create balance in their lives."<br><br>• "offers choreography-based fitness and mat movement classes."<br><br>• "Anderson began developing the TA Method in the late 1990s to achieve for herself the elusive 'dancer's body,' which emphasizes a long and lean frame."<br><br>• "adapted the TA Method so that it was effective in conferring physical and mental benefits to anybody and creating balance where imbalance existed in their bodies." | Bach Decl., Exh. 1 (FAC), ¶¶ 1, 2, 18, 20 and 23. |
| 26. The reason Anderson created and the purpose of the TA Method is to confer physical and mental benefits on participants. | Bach Decl., Exh. 2 (Anderson Depo.) at 66:19-67:2; *id.* at Exh. 12 (TAMB's Responses to Requests for Admission, Nos. 13, 14). |
| 27. TAMB's copyright claim is based on Anderson's and Roup's instruction of functional exercises, including dance-cardio, sculpting, and weights-based movements. | Bach Decl., Exh. 2 (Anderson Depo.) at 68:12-21 and 70:14-21; *id.* at Exh. 21 (TSS video that Anderson reviewed and testified about). *See id.* at Exh. 22 (representative examples of portions of the TA Works); *id.* at Exh. 23 (FAC cited TSS videos). Notice of Lodging Video Exhibits ("NOL"). |
| 28. TAMB has not identified in | Bach Decl., Exh. 13 (TAMB's |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| discovery the specific portions of TSS's videos that allegedly infringe the TA Works, notwithstanding that Defendants' interrogatories expressly sought such information. | Second Supplemental Response to Interrogatory No. 1). |
| 29.  The TA Method is a process for improving well-being in TAMB's clients. | Bach Decl., Exh. 3 (Kelling Depo.) at 115:21-23. |
| 30.  The copyright registrations that TAMB claims it owns do not contain the terms "choreographic work" or "choreography." | Bach Decl., Exh. 12 (TAMB's Responses to Requests for Admission Nos. 3 and 5); *id.* at Exhs. 17 (produced copyright registration certificates) and 18 (non-produced copyright registrations); Request for Judicial Notice ("RJN") of Exh. 18 to Bach. Declaration (2 non-produced copyright registrations). |
| 31.  The copyright registrations that TAMB claims it owns state that they cover the "Motion Picture" DVD. | Bach Decl., Exh 19 (chart summary of copyright registrations). *See id.* at Exhs. 17 and 18 (copyright registrations); RJN. |
| 32.  Neither Anderson nor Kelling has ever trained any professional dancers to perform the TA Method as a performance art. | Bach Decl., Exh. 2 (Anderson Depo.) at 192:1-15; *id.* at Exh. 3 (Kelling Depo.) at 134:5-20. |
| 33.  Members of the public do not pay to watch Anderson perform the TA Method; rather, the classes are participatory. | Bach Decl., Exh. 2 (Anderson Depo.) at 258:2-7. |
| 34.  Neither Anderson nor Kelling recalls an instance in which they publicly called the TA Method a "performance art." | Bach Decl., Exh. 2 (Anderson Depo.) at 190:20-191:7; *id.* at Exh. 3 (Kelling Depo.) at 131:10-132:4. |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| 35. Anderson admits that she has no dance degrees or certifications and that "she abandoned her dreams of becoming a professional dancer." | Bach Decl., Exh. 4 (Anderson biography webpage); *id.* at Exh. 2 (Anderson Depo.) at 43:3-14. |
| **III. TAMB's Alleged Copyright Ownership** | |
| 36. TAMB was not the original author of any of the TA Works listed in Attachment A of the FAC. | Bach Decl., Exh 19 (summary chart of copyright registrations); *id.* at Exhs. 17 and 18 (copyright registrations); RJN. |
| 37. The copyright registrations for the 19 works TAMB claims to own state that TAMB acquired its ownership rights "by written agreement" from nonparties Bubi and Babe Exercise, Inc. ("B&B") (12 DVDs) and Tracy Anderson Private Training, LLC ("TAPT") (7 DVDs). | Bach Decl., Exh. 19 (chart summary of copyright registrations). *See id.* at Exhs. 17 and 18 (copyright registrations); RJN. *See also* Bach Decl., Exh. 1 (FAC), ¶ 48 and Attachment A. |
| 38. TAMB admits that no written agreements exist with either of the supposed transferors (B&B and TAPT). | Bach Decl., Exh. 2 (Anderson Depo.) at 261:10 - 263:24. |
| 39. Defendants sought all agreements relating to the copyright ownership and transfer of the TA Works in discovery. | Bach Decl., Exh. 14 (Plaintiffs Response to Request for Production No. 7). |
| 40. TAMB produced no agreements relating to the transfer of copyright ownership of the TA Works to TAMB. | Bach Decl., Exh 2 (Anderson Depo.) at 261:10 - 263:24; *id.* at ¶ 21. |
| 41. Plaintiffs' counsel confirmed they searched for agreements relating to the transfer of copyright ownership of the TA Works to TAMB but did not locate any. | Bach Decl., Exh. 2 (Anderson Depo.) at 261:10 - 263:24. |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| 42. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | Bach Decl., Exh. 20 (TAMB Organizational Chart). |
| **IV. Alleged use of "Confidential Information"** ||
| 43. The June 11, 2011 employment agreement between Roup and TANY superseded the February 28, 2011 employment agreement between Roup and TANY. | Bach Decl., Exh. 15 (TANY's Responses to Request for Admission No. 1). *See also* Roup Decl., Exhs. A (February 2011 agreement) and B (June 2011 agreement). |
| 44. The "Confidential Information" restrictive covenant of the Trainer Agreement states:<br><br>During your employment and following any termination thereof . . . you shall not use or disclose any confidential or proprietary trade secrets, customer and clients lists, drawings, designs, marketing plans, sales scripts, training materials or methods (including, but not limited to, workouts, movements, exercise routines, exercise formulas, nutrition advice, content, sequences, prescriptions, dances, muscular structure work and equipment), CRM methods, management organization information…, operating policies and manuals, business plans, financial records, or other financial, commercial, business or technical information (x) that relate to the Company or any of its affiliates; or (y) that the Company or any of its affiliates has received that belongs to clients or others who do business with the | Roup Decl., Exh. B (Trainer Agreement) at 1-2. *See also* Bach Decl., Exh. 1 (FAC), ¶¶ 3, 29. |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| Company or any of its affiliates (collectively "Confidential Information") to any third Person [], unless such Confidential Information has been previously disclosed to the public generally or is in the public domain…" | |
| 45.   Roup did not use any of TANY's "Confidential Information" to create, develop, or operate TSS. | Roup Decl., ¶¶ 7-8. |
| 46.   TANY admits that it has no evidence that Roup took or used any Confidential Information after she left TANY. | Bach Decl., Exh. 3 (Kelling Depo.) at 168:7-12, 142:2-20 and 144:10-20; *id.* at Exh. 2 (Anderson Depo.) at 129:6-10. |
| 47.   TANY believes that Roup is performing exercise movements that it asserts are similar to those depicted in Anderson's classes. | Bach Decl., Exh. 3 (Kelling Depo.) at 166:25-167:15. |
| 48.   TANY concedes all of the routines that make up the TA Method have been publicly performed. | Bach Decl., Exh. 2 (Anderson Depo.) at 193:14-18; *id.* at Exh. 3 (Kelling Depo.) at 74:19-76:3. |
| 49.   Class write-ups that TANY provides to its trainers reflect exercise movements that are performed in public classes. | Bach Decl., Exh. 3 (Kelling Depo.) at 220:22-24. |
| 50.   TANY posits that the following is what constitutes Confidential Information in TSS's exercise videos:<br><br>• "I believe it's what you can't see in the video that is confidential to [TANY]." | Bach Decl., Exh. 3 (Kelling Depo.) at 76:22-78:7; 84:8-25; 86:25-87:19 and 96:21-97:11; *id.* at Exhs. 22 and 23 (TSS videos that TANY's PMK reviewed and testified about); NOL. |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| • "The reason why Megan is moving the way that she's moving." <br><br> • The "ideas behind her movements." | |
| 51.   TANY concedes it has no way of knowing what Roup is thinking during TSS's exercise videos. | Bach Decl., Exh. 3 (Kelling Depo.) at 88:8-24. |
| 52.   TANY assumes that Roup took Confidential Information because Roup is performing exercises that it believes look similar to Anderson's performed exercises. | Bach Decl., Exh. 3 (Kelling Depo.) at 166:25-167:15. |
| 53.   TANY asserts that ███████████████████████████████████████ | Bach Decl., Exh. 3 (Kelling Depo.) at 252:1-253:16. |
| 54.   Roup has never used nor thought about TANY's Confidential Information when planning or teaching any TSS workout classes. | Roup Decl., ¶ 8. |
| 55.   TANY also basis its contract claim on Roup supposedly using "the same cueing, write-ups, and video technique to communicate routines to her trainers—virtually mirroring Plaintiffs' business model." | Bach Decl., Exh. 16 (TANY's Response to Interrogatory No. 23). |
| 56.   The use of cueing (i.e., vocally instructing the participants), exercise write-ups (i.e., basic outlines for exercise routines), and video-recorded routines for purposes of instructing trainers are common in the fitness industry. | Roup Decl., ¶¶ 9, 11. |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| 57. TANY's objection to Roup's "video technique" ████████████ ████████████████████ ████████████████████ ████████████ . | Bach Decl., Exh. 3 (Kelling Depo.) at 222:21-223:5 and 229:5-11; Roup Decl., ¶ 9. |
| 58. Anderson states that TANY's trade secrets are: <br><br> ████████████████ <br> ██ ██ ██ ██ ██ ██ <br> ██ ██ ██ ██ ██ ██ <br> ████████████████ <br> ████████████████ <br> ████████████████ <br> ████████████████ <br> ████████████████ <br> ██████ | Bach Decl., Exh. 2 (Anderson Depo.) at 264:7 and 265:2-266:11. |
| 59. Anderson states that TANY's protected "processes" include: <br><br> ██ ██ █ ██ ████ █ <br> ████████████████ <br> ████████████████ <br> ████ ██ ██████ ██ <br> ████ ██████ ██ ██ <br> ████████████████ <br> ██ ██ █ ██ █████ <br> ████████████████ <br> ██ ██████ ████ ██ <br> ████████████████ <br> ████████ | Bach Decl., Exh. 2 (Anderson Depo.) at 267:15-25. |
| 60. When asked to explain how Roup | Bach Decl., Exh. 2 (Anderson Depo.) |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| is supposed to know which movements she (or any other former employee) can perform and which she cannot, Anderson responded "I do believe that Megan knows which [movements] matter and what doesn't." | at 124:6-125:17. |
| 61.   TANY trainers are not provided any list of the specific confidential materials they have received. | Bach Decl., Exh. 3 (Kelling Depo.) at 150:6-24. |
| 62.   Both the February 2017 exit letter and March 2018 cease and desist letter that TANY sent Roup misleadingly and selectively quoted the Trainer Agreement to make it seem like Roup could not perform even basic workout movements—omitting the language that such movements lose their confidential, trade secret status when publicly disclosed. | Roup Decl., ¶¶ 6, 12, Exhs. C-D. |
| 63.   Roup responded to the March 2018 letter on or about March 29, 2018, by noting that she has remained in compliance with her contract and asked TANY for specifics of any alleged violations. | Roup Decl., ¶ 13, Exh. E. |
| 64.   TANY never replied to Roup's March 29, 2018 letter response before filing this lawsuit. | Roup Decl., ¶ 13. |
| 65.   TANY has sent cease and desist letters to multiple former TANY trainers. | Bach Decl., Exh. 3 (Kelling Depo.) at 37:12-39:2; 42:16-43:11 and 44:12-20. |

| | | |
|---|---|---|
| 1 | Dated: April 19, 2024 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | | |
| 3 | | By: /s/ *Nathaniel L. Bach* |
| 4 | | Christopher Chatham<br>Nathaniel L. Bach |
| 5 | | Sarah E. Moses<br>Andrea D. Gonzalez |
| 6 | | *Attorneys for Defendants* |
| 7 | | MEGAN ROUP and THE SCULPT SOCIETY, LLC |