MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER CHATHAM (CA Bar #240972)
  CChatham@manatt.com
NATHANIEL L. BACH (CA Bar #246518)
  NBach@manatt.com
SARAH E. MOSES (CA Bar #291491)
  SMoses@manatt.com
ANDREA D. GONZALEZ (CA Bar #336134)
  ADGonzalez@manatt.com
2049 Century Park East
Suite 1700
Los Angeles, California  90067
Telephone:   (310) 312-4000
Facsimile:   (310) 312-4224

Attorneys for Defendants
MEGAN ROUP and THE SCULPT SOCIETY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company; and T.A. STUDIO NEW YORK LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MEGAN ROUP, an individual; and THE SCULPT SOCIETY, LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:22-cv-04735-PSG-E<br><br>Hon. Philip S. Gutierrez<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS MEGAN ROUP AND THE SCULPT SOCIETY, LLC'S MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:   _June 7, 2024<br>Hearing Time:   1:30 p.m.<br>Courtroom:       6A<br><br>Complaint Filed:   July 11, 2022<br>FAC Filed:            Sept. 13, 2022<br>Trial Date:           Nov. 14, 2024 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Defendants Megan Roup ("Roup") and The Sculpt Society, LLC ("TSS") (together "Defendants") respectfully request that the Court take judicial notice of the following documents:

1. **Exhibit 18 to Nathaniel L. Bach's Declaration**: The copyright registration certificates for the following two Motion Picture works listed in Attachment A of the Plaintiffs' First Amended Complaint that were accessed and downloaded from the United States Copyright Office: PA0001938799 and PA0001938802.

Federal Rule of Evidence 201 provides that the Court may take judicial notice of a fact not subject to reasonable dispute that is either: (1) generally known within the territorial jurisdiction of the trial court; or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. "It is common practice for courts to take judicial notice of copyright registrations and applications." *Laatz v. Zazzle, Inc.*, 2024 WL 1023849, at *3 (N.D. Cal. Mar. 7, 2024) (collecting cases); *See also Gerritsen v. Warner Bros. Ent. Inc.*, 112 F. Supp. 3d 1011, 1033 (C.D. Cal. 2015) ("Under Rule 201, the court can take judicial notice of '[p]ublic records and government documents available from reliable sources on the Internet,' such as websites run by governmental agencies."). Here, the two copyright registration certificates were accessed and downloaded from the United States Copyright Office, and there is no dispute that they are accurate.

Accordingly, Defendants respectfully requests this Court to take judicial notice of **Exhibit 18** to the Bach Declaration.

| | | |
|---|---|---|
| 1 | Dated: April 19, 2024 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | | |
| 3 | | By: /s/ *Nathaniel L. Bach* |
| 4 | | Nathaniel L. Bach |
| 5 | | *Attorneys for Defendants* MEGAN ROUP and THE SCULPT SOCIETY, LLC |