UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company; and T.A. STUDIO NEW YORK LLC, a California limited liability company,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MEGAN ROUP, an individual; and THE SCULPT SOCIETY, LLC, a California limited liability company,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-04735-PSG-E<br><br>Hon. Philip S. Gutierrez<br><br>**[PROPOSED] JUDGMENT OR ORDER GRANTING DEFENDANTS' MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT ON FIRST AMENDED COMPLAINT**<br><br>Hearing Date:　June 7, 2024<br>Hearing Time:　1:30 p.m.<br>Courtroom:　　6A |

Manatt, Phelps & Phillips, LLP
Attorneys at Law
Los Angeles

[PROPOSED] JUDGMENT OR ORDER GRANTING DEFENDANTS' MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT ON FIRST AMENDED COMPLAINT

# [PROPOSED] JUDGMENT OR ORDER

Defendants Megan Roup ("Roup") and The Sculpt Society, LLC ("TSS") (collectively, "Defendants") filed a Motion for Full or Partial Summary Judgment pursuant to Fed. R. Civ. P. 56 ("Motion"), as to the First Amended Complaint ("FAC") of Plaintiffs Tracy Anderson Mind and Body, LLC ("TAMB") and T.A. Studio New York LLC ("TANY") (collectively, "Plaintiffs"). The Motion was asserted against the first and third causes of action in the FAC, which, pursuant to previous rulings by the Court, were the only remaining causes of action in the FAC, and in favor of the Fifth Affirmative Defense of the Amended Answer, thereby disposing of the remainder of the claims brought by Plaintiffs. The Motion was heard on June 7, 2024, the Honorable Philip S. Gutierrez, presiding.

Based on both parties' filings regarding the Motion, other pleadings and papers filed in this action, and the June 7, 2024 hearing,

IT IS HEREBY ORDERED THAT:

Defendants' Motion is **GRANTED**. There is no genuine dispute as to any material facts, and Defendants are entitled to judgment as a matter of law as to the first and third causes of action in the FAC and their Fifth Affirmative Defense.

**IT IS SO ORDERED.**

Dated: _____, 2024      By: _____
                                       Hon. Philip S. Gutierrez
                                       United States District Judge

Manatt, Phelps & Phillips, LLP
Attorneys at Law
Los Angeles

1

[PROPOSED] JUDGMENT OR ORDER GRANTING DEFENDANTS' MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT ON FIRST AMENDED COMPLAINT