MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER CHATHAM (CA Bar #240972)
 CChatham@manatt.com
NATHANIEL L. BACH (CA Bar #246518)
 NBach@manatt.com
SARAH E. MOSES (CA Bar #291491)
 SMoses@manatt.com
ANDREA D. GONZALEZ (CA Bar #336134)
 ADGonzalez@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 312-4000
Facsimile:   (310) 312-4224

Attorneys for Defendants
MEGAN ROUP and THE SCULPT SOCIETY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company; and T.A. STUDIO NEW YORK LLC, a California limited liability company,<br><br>          Plaintiffs,<br><br>     v.<br><br>MEGAN ROUP, an individual; and THE SCULPT SOCIETY, LLC, a California limited liability company,<br><br>          Defendants. | Case No. 2:22-cv-04735-PSG-E<br><br>Hon. Philip S. Gutierrez<br><br>**NOTICE OF LODGING OF VIDEO EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:   June 7, 2024<br>Hearing Time:  1:30 p.m.<br>Courtroom:      6A |

PLEASE TAKE NOTICE that in accordance with Central District of California Local Rule 11-5.1 Defendants Megan Roup ("Roup") and The Sculpt Society, LLC ("TSS") (collectively, "Defendants") lodge the below-listed video exhibits for the Court's review in support of the Defendants' Motion for Full or Partial Summary Judgment on the First Amended Complaint ("FAC") of Plaintiffs Tracy Anderson Mind and Body, LLC ("TAMB") and T.A. Studio New York LLC ("TANY") (collectively, "Plaintiffs").

- **Bach Declaration ("Bach Decl."), Exh. 21** – Video, MR-TSS_008469, titled "30MIN SCULPT 07"
- **Bach Decl., Exh. 22** – Video, MR-TSS_008463, titled "5 MIN DANCING ARMS 07 WITH ARIELLE CHARNAS"
- **Bach Decl., Exh. 23** – Video, MR-TSS_008462, titled "10MIN DANCING ARMS 02"
- **Bach Decl., Exh. 24** – Representative examples of TA Works listed in Attachment A to the FAC and produced by Plaintiffs:
    - Video, titled "Cardio Dance for Beginners - Cardio Three"
    - Video, titled "Cardio Dance for Beginners - Trailer"
    - Video, titled "Dance Cardio II - Trailer"
    - Video, titled "Dance Plus Cardio - 2"
    - Video, titled "Dance Plus Cardio - Trailer"
    - Video, titled "Mat_Workout_Mat_Routine"
    - Video, titled "Metamorphosis_Abcentric_Introduction"
    - Video, titled "Metamorphosis_Abcentric_Day_81_to_90"
    - Video, titled "Metamorphosis_Glutecentric_Introduction"
    - Video, titled "Metamorphosis_ Glutecentric _Day_61_to_70"
    - Video, titled "Metamorphosis_Hipcentric_Introduction"
    - Video, titled "Metamorphosis_ Hipcentric_Day_31_to_40"
    - Video, titled "Metamorphosis_Omnicentric_Introduction"

- o Video, titled "Metamorphosis_ Omnicentric_Day_11_to_20"
- o Video, titled "Perfect Design Series Sequence I - Trailer"
- o Video, titled "Perfect Design Series Sequence I – Warm up and Exercises"
- o Video, titled "Post Pregnancy Workout DVD - Trailer"
- o Video, titled "Post Pregnancy Workout DVD – Post Pregnancy Routine"
- o Video, titled "Post-Pregnancy 2 Workout Series - Trailer"
- o Video, titled "Post-Pregnancy 2 Workout Series – Workout"
- o Video, titled "Precision Toning - BUTT"
- o Video, titled "Precision Toning - Trailer"
- o Video, titled "TA_MAT_Trailer"
- o Video, titled "Teen Metamorphosis - Trailer"
- o Video, titled "Teen Metamorphosis Disc 02 – Level 2 Workout"
- o Video, titled "The Method for Beginners - Trailer"
- o Video, titled "The Method for Beginners – Introductory Workout 1"
- o Video, titled "The_Pregnancy_Project_Trailer"
- o Video, titled "The_Pregnancy_Project_Month_7_Workout"
- o Video, titled "Total Body Mini-Trampoline Workout - Trailer"
- o Video, titled "Total Body Mini-Trampoline Workout - Trampoline Back"
- o Video, titled "Tracy Anderson Method Dance Cardio Workout - Dance Cardio Trailer"
- o Video, titled "Tracy Anderson Method Dance Cardio Workout - Dance Cardio Combinations"
- o Video, titled "Unleash Your Inner Pop Star - Combination 2"
- o Video, titled "Unleash Your Inner Pop Star - Trailer"

- **Bach Decl., Exh. 25** – Copies of TSS videos cited in the FAC:
    - Video, MR-TSS_008462, titled "10MIN DANCING ARMS 02"
    - Video, MR-TSS_010751, titled "Katy teaching 30MIN SCULPT"
    - Video, MR-TSS_008467, titled "30MIN SCULPT 22"
    - Video, MR-TSS_008469, titled "30MIN SCULPT 07"
    - Video, MR-TSS_008463, titled "5MIN DANCING ARMS 07 WITH ARIELLE CHARNAS"
    - Video, MR-TSS_008470, titled "30MIN SCULPT 08"
    - Video, MR-TSS_010033, titled "20MIN STANDING LEGS + BUTT (W CHAIR)"
    - Video, MR-TSS_008466, titled "30MIN FULL BODY 16 (NO CARDIO)"
    - Video, MR-TSS_008464, titled "24MIN FULL BODY 12 WITH CHAIR (NO CARDIO)"
    - Video, MR-TSS_008468, titled "30MIN SCULPT 09"

Dated: April 19, 2024

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ *Nathaniel L. Bach*
Christopher Chatham
Nathaniel L. Bach
Sarah E. Moses
Andrea D. Gonzalez

*Attorneys for Defendants*
MEGAN ROUP and THE SCULPT SOCIETY, LLC

# PROOF OF SERVICE

I, Claudine M. Roberts, declare as follows:

I am employed in Los Angeles County, Los Angeles, California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, 2049 Century Park East, Suite 1700, Los Angeles, California 90067. On **April 19, 2024**, I served the within:

**NOTICE OF LODGING OF VIDEO EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT; AND VIDEO EXHIBITS LISTED THEREIN**

on the interested parties in this action addressed as follows:

| | |
|---|---|
| Gina Durham, Esq.<br>DLA PIPER LLP (US)<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105-2933<br>Tel.: (415) 836-2500<br>Fax: (415) 836-2501<br>Email: gina.durham@us.dlapiper.com | *Attorneys for Plaintiffs*<br>Tracy Anderson Mind and Body, LLC<br>and T.A. Studio New York LLC |
| Jason T. Lueddeke, Esq.<br>Kristina Fernandez Mabrie, Esq.<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, California 90067-4735<br>Tel.: (310) 595-3000<br>Fax: (310) 595-3300<br>Email: jason.lueddeke@us.dlapiper.com<br>Email: kristina.fernandezmabrie@us.dlapiper.com | *Attorneys for Plaintiffs*<br>Tracy Anderson Mind and Body, LLC<br>and T.A. Studio New York LLC |

☒ **(BY ELECTRONIC MAIL)** By transmitting such document(s) electronically from my e-mail address, CRoberts@manatt.com at Manatt, Phelps & Phillips, LLP, Los Angeles, California, to the person(s) at the electronic mail addresses listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **April 19, 2024**, at Los Angeles, California.

*/s/ Claudine M. Roberts*
Claudine M. Roberts