**DLA PIPER LLP (US)**
GINA DURHAM (SBN 295910)
*gina.durham@us.dlapiper.com*
555 Mission Street
Suite 2400
San Francisco, California 94105-2933
Tel:   415.836.2500
Fax:   415.836.2501

JASON TAYLOR LUEDDEKE (SBN 279242)
*jason.lueddeke@us.dlapiper.com*
KRISTINA FERNANDEZ MABRIE (SBN 318315)
*kristina.fernandezmabrie@us.dlapiper.com*
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Tel:   310.595.3066
Fax:   310.595.3326

Attorneys for Plaintiffs
TRACY ANDERSON MIND AND BODY, LLC
and T.A. STUDIO NEW YORK LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company; and T.A. STUDIO NEW YORK LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MEGAN ROUP, an individual; and THE SCULPT SOCIETY, LLC, a California limited liability company,<br><br>Defendants. | Case No.  2:22-cv-04735-PSG<br><br>Hon. Philip S. Gutierrez<br><br>**ORDER GRANTING PLAINTIFFS' RULE 6(b)(1)(B) MOTION TO EXTEND TIME (FILED AFTER EXPIRATION OF TIME PERIOD) DKT [80]**<br><br>Action Filed:   July 11, 2022<br>FAC Filed:   Sept. 13, 2022<br>Trial Date:   Nov. 14, 2024 |

The Court has received and considered Plaintiffs Tracy Anderson Mind and Body, LLC ("TAMB") and T.A. Studio New York LLC's ("TANY," collectively "Plaintiffs") Motion for Extension of Time pursuant to FRCP 6(b)(1)(B) ("Motion") and the memoranda and affidavit submitted in support thereto.

The Court finds as follows:

1. Though, Plaintiffs' Opposition to Defendants Megan Roup and the Sculpt Society, LLC's Motion for Full or Partial Summary Judgement ("Opposition") was filed prior to the March 17, 2024, midnight deadline, the ancillary papers to its Opposition were filed after the midnight deadline due to unpreventable technical issues experienced by the filer causing a loss in work product.
2. In its Motion, Plaintiffs' set forth sufficient facts establishing that its failure to file the ancillary papers by the May 17, midnight deadline was the result of excusable neglect—namely, unforeseeable technical troubles due to certain documents file size.

Accordingly, the Court finds good cause for granting the Motion and allowing Plaintiffs an additional 3 hours and 5 minutes.

IT IS HEREBY ORDERED granting Plaintiffs Motion for Extension of Time.

**IT IS SO ORDERED.**

Dated: __May 20__, 2024

By: _____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1