# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company; and T.A. STUDIO NEW YORK LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MEGAN ROUP, an individual; and THE SCULPT SOCIETY, LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:22-cv-04735-PSG<br><br>Hon. Philip S. Gutierrez<br><br>**ORDER ON JOINT STIPULATION TO EXTEND DEADLINES FOR MOTION *IN LIMINE* FILINGS**<br><br>Action Filed:   July 11, 2022<br>FAC Filed:   Sept. 13, 2022<br>Trial Date:   Nov. 14, 2024<br><br>[Stipulation filed concurrently herewith] |

## ORDER

Having considered the Stipulation between the Parties for an Order allowing extension of the deadlines for motion *in limine* filings, the Court finds good cause and hereby GRANTS the Parties' request. The court ORDERS as follows:

1. The deadline for the Parties to file and serve motions *in limine* is extended to October 15, 2024.
2. The deadline for the Parties to file and serve opposition to motions *in limine* is extended to October 28, 2024.
3. The deadline for the Parties to file reply briefs in support of motions *in limine*

remains November 4, 2024.

**IT IS SO ORDERED.**

Dated: October 2, 2024

_____
Hon. Philip S. Gutierrez
United States District Judge