1  **DLA PIPER LLP (US)**
   GINA DURHAM (SBN 295910)
2  *gina.durham@us.dlapiper.com*
   555 Mission Street
3  Suite 2400
   San Francisco, California 94105-2933
4  Tel:   415.836.2500
   Fax:   415.836.2501
5
   KRISTINA FERNANDEZ MABRIE (SBN 318315)
6  *kristina.fernandezmabrie@us.dlapiper.com*
   2000 Avenue of the Stars
7  Suite 400 North Tower
   Los Angeles, California 90067-4735
8  Tel:   310.595.3066
   Fax:   310.595.3326
9
   Attorneys for Plaintiffs
10 TRACY ANDERSON MIND AND BODY, LLC and
   T.A. STUDIO NEW YORK LLC
11

12                    UNITED STATES DISTRICT COURT

13                    CENTRAL DISTRICT OF CALIFORNIA

14

| TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company; and T.A. STUDIO NEW YORK LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MEGAN ROUP, an individual; and THE SCULPT SOCIETY, LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:22-cv-04735-PSG-E<br><br>Hon. Philip S. Gutierrez<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF CONTRACT CLAIM; REQUEST FOR ENTRY OF FINAL JUDGMENT**<br><br>*[Filed concurrently with: [Proposed] Judgment in Favor of Defendants]*<br><br>Complaint Filed:   July 11, 2022<br>FAC Filed:   Sept. 13, 2022<br>Trial Date:   Nov. 14, 2024 |
|---|---|

---

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF CONTRACT CLAIM;
REQUEST FOR ENTRY OF FINAL JUDGMENT

1612341684.5

Plaintiffs Tracy Anderson Mind and Body, LLC ("TAMB") and T.A. Studio New York LLC ("TANY", collectively, "Plaintiffs") and Defendants Megan Roup ("Roup") and The Sculpt Society, LLC ("TSS", collectively, "Defendants", and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed this action against Defendants on July 11, 2022, and a First Amended Complaint on September 13, 2022, alleging causes of action for (1) Federal Copyright Infringement, 17 U.S.C. §§ 106, 501 ("Copyright Claim"); (2) violation of Lanham Act, 15 U.S.C. § 1125(a) ("Lanham Act Claim"); (3) breach of contract ("Contract Claim"); and (4) Violation of Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.* ("Unfair Competition Claim");

WHEREAS, Defendants have contested Plaintiffs' claims and denied any liability or wrongdoing;

WHEREAS, on June 12, 2023, the Court dismissed with prejudice Plaintiffs' Lanham Act and Unfair Competition Claims (Dkt. 31, the "Dismissal Order");

WHEREAS, on June 12, 2024, the Court granted Defendants' motion for summary judgment as to the Copyright Claim and denied Defendants' motion for summary judgment as to the Contract Claim (Dkt. 100, the "Summary Judgment Order");

WHEREAS, by separate agreement, the Parties have resolved the Contract Claim and have agreed that the Contract Claim shall be dismissed with prejudice; and have agreed that TAMB will appeal the final judgment only as to the Copyright Claim; and

WHEREAS, the Parties stipulate to the entry of final judgment in this action against Plaintiffs and in favor of Defendants as to the Lanham Act claim, Unfair Competition Claim, and Copyright Claim, consistent with the Dismissal Order (Dkt. 31) and Summary Judgment Order (Dkt. 100) (as to the Copyright Claim).

NOW THEREFORE, the Parties hereby stipulate and agree as follows:

1. Final Judgment shall be entered against Plaintiffs and in favor of Defendants in the form of the proposed final Judgment submitted concurrently herewith;

2. In any appeal Plaintiffs may take from this Final Judgment, Plaintiffs agree to limit their appeal to the Copyright Claim and will not challenge the disposition of the other claims; and

3. The Court shall maintain jurisdiction over the Parties to enforce any terms of the Parties' separate agreement, as may become necessary.

IT IS SO STIPULATED.

Dated: October 14, 2024     DLA PIPER LLP (US)

By: */s/ Gina L. Durham*
   Gina L. Durham
   Kristina Fernandez Mabrie

*Attorneys for Plaintiffs*

Dated: October 14, 2024     MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Nathaniel L. Bach*
   Christopher Chatham
   Nathaniel L. Bach
   Sarah E. Moses
   Andrea D. Gonzalez

*Attorneys for Defendants*

**SIGNATURE OF CERTIFICATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 14, 2024

                                          */s/ Gina L. Durham*
                                          Gina L. Durham