1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company; and T.A. STUDIO NEW YORK LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MEGAN ROUP, an individual; and THE SCULPT SOCIETY, LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:22-cv-04735-PSG-E<br><br>Hon. Philip S. Gutierrez<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS**<br><br>Action Filed:  July 11, 2022<br>FAC Filed:  Sept. 13, 2022<br>Trial Date:  Nov. 14, 2024 |

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS

## **JUDGMENT**

The Court has received, reviewed, and considered Plaintiffs Tracy Anderson Mind and Body, LLC ("TAMB") and T.A. Studio New York LLC and Defendants Megan Roup and The Sculpt Society, LLC's Joint Stipulation For Dismissal with Prejudice of Contract Claim and Request for Entry of Final Judgment (the "Stipulation").

NOW THEREFORE, for good cause shown, the Court hereby GRANTS the Stipulation in its entirety.  The Court finds that Plaintiffs' First Amended Complaint (Dkt. 12)—including the claims for (1) Federal Copyright Infringement, 17 U.S.C. §§ 106, 501 ("Copyright Claim"); (2) violation of Lanham Act, 15 U.S.C. § 1125(a) ("Lanham Act Claim"); (3) breach of contract ("Contract Claim"); and (4) Violation of Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.* ("Unfair Competition Claim") therein—is hereby DISMISSED WITH PREJUDICE.

It is further ORDERED, ADJUDGED AND DECREED that:

1.     The Contract Claim is DISMISSED WITH PREJUDICE per separate agreement of the Parties.

2.     JUDGMENT IS ENTERED AGAINST PLAINTIFFS AND IN FAVOR OF EACH OF THE DEFENDANTS as to the Copyright Claim, Lanham Act claim, and Unfair Competition Claim

3.     Plaintiffs reserve the right to appeal this Final Judgment only as to TAMB's Copyright Claim and will not challenge the disposition of the other claims.

4.     The Court shall maintain jurisdiction over the Parties to enforce any terms of the Parties' separate agreement, as may become necessary.

5.     There being no just reason for delay, the Court, in the interests of justice, expressly directs the Clerk of the Court to enter this Judgment, and hereby decrees that, upon entry, it shall be deemed a Final Judgment.

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS

1

2          **IT IS SO ORDERED AND ADJUDGED.**

3

4    Dated: October \_\_\_\_, 2024

5                                          _____

6                                          Hon. Philip S. Gutierrez
                                           United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2