**DLA PIPER LLP (US)**
GINA DURHAM (SBN 295910)
*gina.durham@us.dlapiper.com*
555 Mission Street
Suite 2400
San Francisco, California 94105-2933
Tel:   415.836.2500
Fax:   415.836.2501

KRISTINA FERNANDEZ MABRIE (SBN 318315)
*kristina.fernandezmabrie@us.dlapiper.com*
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Tel:   310.595.3066
Fax:   310.595.3326

Attorneys for Plaintiffs
TRACY ANDERSON MIND AND BODY, LLC and
T.A. STUDIO NEW YORK LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company; and T.A. STUDIO NEW YORK LLC, a California limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MEGAN ROUP, an individual; and THE SCULPT SOCIETY, LLC, a California limited liability company,<br><br>　　　　　Defendants. | Case No. 2:22-cv-04735-PSG-E<br><br>Hon. Philip S. Gutierrez<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

1     PLEASE TAKE NOTICE that Plaintiff, Tracy Anderson Mind and Body, LLC, appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on October 17, 2024. *See* Dkt. No. 104.

    A Representation Statement is attached to this Notice of Appeal pursuant to Ninth Circuit Rules 3-2 and 12-2.

DATED: November 13, 2024     DLA PIPER LLP (US)

By: */s/ Gina L. Durham*
    Gina L. Durham

Gina L. Durham (Bar No. 295910)
Gina.durham@us.dlapiper.com
DLA Piper LLP (US)
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Telephone: 415.836.2500
Facsimile: 415.836.2501

Kristina Fernandez Mabrie (Bar No. 318315)
Kristina.fernandezmabrie@us.dlapiper.com
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Telephone: 310.595.3066
Fax: 310.595.3326

## REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12 and Ninth Circuit Rule 3-2, Plaintiff Tracy Anderson Mind and Body, LLC identifies the following parties and their respective counsel.

**Plaintiff Tracy Anderson Mind and Body, LLC**

Gina Durham
DLA Piper LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:   415.836.2500
Fax:   415.836.2501
Email: gina.durham@us.dlapiper.com

Kristina Fernandez-Mabrie
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Tel:   310.595.3066
Fax:   310.595.3326
Email: kristina.fernandezmabrie@us.dlapiper.com

**Defendant Megan Roup**

Christopher Chatham
Nathaniel Bach
Sarah Moses
Andrea Gonzalez
Manatt, Phelps & Phillips, LLP
2049 Century Park East
Suite 1700
Los Angeles, Calfironia 90067
Tel: 310.312.4000
Fax: 310.312.4224
Emails: cchatam@manatt.com; nbach@manatt.com; smoses@manatt.com; adgonzales@manatt.com

**Defendant The Sculpt Society**

Christopher Chatham
Nathaniel Bach
Sarah Moses
Andrea Gonzalez
Manatt, Phelps & Phillips, LLP
2049 Century Park East
Suite 1700
Los Angeles, Calfironia 90067
Tel: 310.312.4000
Fax: 310.312.4224
Emails: cchatam@manatt.com; nbach@manatt.com; smoses@manatt.com; adgonzales@manatt.com

Dated: November 13, 2024          DLA PIPER LLP (US)

                                  By:*/s/ Gina L. Durham*
                                     Gina L. Durham
                                     Kristina Fernandez Mabrie

                                     *Attorneys for Plaintiffs*